DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

PETROU v. HALE

No. 149 PC.

Case below: 43 N.C. App. 655.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 February 1980.

STANLEY v. BROWN

No. 146 PC.

Case below: 43 N.C. App. 503.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 February 1980.

STATE v. ALEXANDER

No. 180 PC.

Case below: 42 N.C. App. 257.

Application by defendant for further review denied 6 February 1980.

STATE v. BOOKER

No. 75.

Case below: 44 N.C. App. 492.

Motion of Attorney General to dismiss defendant's notice of appeal for lack of substantial constitutional question allowed 6 February 1980.

STATE v. COLLINS

No. 163 PC.

Case below: 44 N.C. App. 27.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 February 1980.